COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 October 22, 2015
 No. 10-15-00217-CV
 IN THE INTEREST OF J.D.S., A CHILD
 
 
 From the 278[th] District Court
 Walker County, Texas
 Trial Court No. 1426969
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's Order of Termination signed on June 9, 2015 is affirmed.
It is further ordered that appellee, the State of Texas, is awarded judgment against Tiffany Louise Lester for the State's appellate costs that were paid, if any, by the State; and all unpaid appellate court cost, if any, is taxed against Tiffany Louise Lester.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
PER CURIAM
SHARRI ROESSLER, CLERK 

 By: ___________________________
 Nita Whitener, Deputy Clerk